# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-0303-S |
| | § | |
| BRIAN KEITH McKENZIE (1) | § | |

## ORDER ADOPTING FINDINGS, CONCLUSION AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the Petition for Person Under Supervision [ECF No. 60] and Addendum to the Petition for Person Under Supervision [ECF No. 74] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Brian Keith McKenzie's term of supervised release. *See* Order, ECF No. 70. The Court has received the Findings, Conclusion and Recommendation of the United States Magistrate Judge ("Findings, Conclusion and Recommendation") [ECF No. 85] pursuant to its order. Defendant did not file any objections to the Findings, Conclusions and Recommendation. The Court is of the opinion that the Findings, Conclusion and Recommendation of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusion and Recommendation are **ADOPTED** as the opinion and findings of the Court. Defendant's objections to the admission of the surveillance and arrest videos (Exhibits 1-3) are **OVERRULED**,

Defendant's supervised released is hereby **REVOKED,** and Defendant is sentenced to a term of imprisonment of **eighteen (18) months**, with no further term of Supervised Release to follow.

**SO ORDERED.**

SIGNED October 4, 2023.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE